IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN LAMONT SHEPPARD<br>9833 Cherry Tree Lane<br>Silver Spring, MD 20901,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Serve: Kenneth L. Wainstein<br>United States Attorney<br>for the District of Columbia<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530,<br><br>    Defendant. | Civil Action No. 06-0855 (RBW) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Peter S. Smith, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

  /s/
Peter S. Smith, D.C. BAR # 465131
Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W., Rm. E4224
Washington, D.C.  20530
(202) 307-0372