IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN LAMONT SHEPPARD**             ) | |
| )                                    | |
| Plaintiff,              ) | |
| )                                    | Civil Action No. 06-0855 (RBW) |
| v.                                   ) | |
| )                                    | |
| **UNITED STATES OF AMERICA,**          ) | |
| )                                    | |
| Defendant.              ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests an enlargement of time, up to and including July 31, 2006, within which to respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the undersigned discussed the relief requested in this Motion with Plaintiff's counsel, who stated that Plaintiff consents to this enlargement of time. A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1. This office was served with the Summons and Complaint on May 10, 2006. Therefore, Defendant's answer currently is due July 10, 2006.

2. Defendant anticipates filing a dispositive motion in this case. The additional time is needed because the undersigned has yet to receive relevant materials in this case from the client agencies. In addition, the undersigned counsel of record will need the requested time to review the materials and to conduct research on any applicable legal defenses. The undersigned will also need this additional time to confer with agency counsel regarding the defense of this action and

to prepare and file a response to the Complaint.

3. This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the motion Defendant anticipates filing, it would dispose of this case without the cost and time of further litigation.

We are aware of the Court's Standing Order requiring the submission of motions for extension of time at least four days in advance of the applicable deadline. Here, in part because of the shortened holiday week, the undersigned did recognize the need for this enlargement until the period within four business days of the July 10 deadline. The undersigned apologizes to the Court for any inconvenience.

For the foregoing reasons, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

s/Peter S. Smith

PETER S. SMITH, D.C. BAR #465131
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0372