UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

V. : Crim. Case No. 95-CR116(2)(RCL)

KEVIN R. SHEPHERD, : CLOSED CASE
Defendant.

FILED
DEC 1 2 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

UPON CONSIDERATION of the government's unopposed motion pursuant to Rule 35(b)(2)(B) for entry of an Order granting a downward sentencing departure and reducing the defendant's sentence previously imposed in this case, it is this _12th_ day of December 2002,

ORDERED, that the government's motion is GRANTED and

IT IS FURTHER ORDERED, that the defendant shall be sentenced in this case consistent with the Judgment and Commitment Order entered by the Court on this date.

_Royce C. Lamberth_
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA

GOVERNMENT EXHIBIT 2

copies to:

Patricia Stewart,
Assistant United States Attorney
555 4th Street, N.W. Room 4211
Washington, D.C. 20530

Edwin C. Brown, Jr., Esquire
6220 Old Franconia Road
Alexandria, VA 22310