CALCOM, CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:95-cr-00116-RCL-2

| | |
|---|---|
| Case title: USA v. HARPER, et al | Date Filed: 05/16/1995 |

Assigned to: Judge Royce C. Lamberth

**Defendant**

KEVIN R. SHEPHERD (2)
*TERMINATED: 08/12/1996*

represented by **Edwin C. Brown**
6269 Franconia Road
Alexandria, VA 22310
(703) 924-0223
Fax: (703) 924-1586
Email: brownfirm@lawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Alan Olshonsky**
1625 K Street, NW
Suite 905
Washington, DC 20006-1608
(202) 785-0112
Email: mlyvain@aol.com
*TERMINATED: 04/10/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:841(a)(1) and 841(b)(1)(A)(iii); 18:2
NARCOTICS-SELL, DISTRIBUTE,
OR DISPENSE; Unlawful Distribution
of 5 Grams or More of Cocaine Base;
Aiding and Abetting.
(6)

**Disposition**

Defendant sentenced to One Hundred
and Twenty One (121) months
incarceration; followed by Five (5)
years supervised release; special
assessment of $50.00 imposed.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:924(C)(1) FIREARMS; Using and

**Disposition**



District of Columbia live database - Docket Report
Case 1:06-cv-00855-RBW    Document 4-4    Filed 07/31/2006    Page 2 of 8
Page 2 of 8

| | |
|---|---|
| Carrying a Firearm During a Drug Trafficking Offense. (7) | Dismissed on motion of government. |
| 18:922(g)(1) FIREARMS; Unlawful Possession of a Firearm by a Convicted Felon. (8) | Dismissed on motion of government. |
| 18:924(h); 18:2 FIREARMS; Transferring a Firearm For Use in a Drug Trafficking Offense; Aiding and Abetting. (9) | Dismissed on motion of government. |
| 18:924(c)(1); 18:2 FIREARMS; Using and Carrying a Firearm During a Drug Trafficking Offense; Aiding and Abetting. (10) | Dismissed on motion of government. |
| 18:922(g)(1) FIREARMS; Unlawful Possession of a Firearm by a Convicted Felon; (CRIMINAL FORFEITURE). (11) | Dismissed on motion of government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**UNITED STATES OF AMERICA**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/1995 | 1 | INDICTMENT filed against KEITH E. HARPER (1) count(s) 1, 2, 3, 4, 5, 6, 9, 10 KEVIN R. SHEPHERD (2) count(s) 5, 6, 7, 8, 9, 10, 11 MICHAEL D. SELLERS (3) count(s) 5 (Unsealed pursuant to order filed 5/24/95) (erd) Modified on 06/28/1995 (Entered: 06/28/1995) |
| 05/16/1995 | 2 | MOTION filed by USA as to KEITH E. HARPER, KEVIN R. SHEPHERD, MICHAEL D. SELLERS to seal (Unsealed pursuant to order filed 5/24/95) (erd) (Entered: 06/28/1995) |
| 05/16/1995 | 3 | ORDER by Magistrate Judge Alan Kay as to KEITH E. HARPER, KEVIN R. SHEPHERD, MICHAEL D. SELLERS : granting motion to seal [2-1] as to KEITH E. HARPER (1), KEVIN R. SHEPHERD (2), |

| | | |
|---|---|---|
| | | MICHAEL D. SELLERS (3) (Unsealed pursuant to order filed 5/24/95) (N) (erd) (Entered: 06/28/1995) |
| 05/16/1995 | | BENCH WARRANT ISSUED by Magistrate Judge Alan Kay for KEITH E. HARPER, KEVIN R. SHEPHERD, MICHAEL D. SELLERS. (erd) (Entered: 06/28/1995) |
| 05/16/1995 | | CASE ASSIGNED to Judge Royce C. Lamberth as to KEITH E. HARPER, KEVIN R. SHEPHERD, MICHAEL D. SELLERS. (erd) (Entered: 06/28/1995) |
| 05/16/1995 | | PDID AND DATE OF BIRTH for KEVIN R. SHEPHERD : PDID #: 380168 DOB: 11/28/69 (erd) (Entered: 06/28/1995) |
| 05/24/1995 | 4 | MOTION filed by USA as to KEITH E. HARPER, KEVIN R. SHEPHERD, MICHAEL D. SELLERS to unseal indictment (Unsealed pursuant to order filed 5/24/95) (erd) (Entered: 06/28/1995) |
| 05/24/1995 | 5 | ORDER by Magistrate Judge Alan Kay as to KEITH E. HARPER, KEVIN R. SHEPHERD, MICHAEL D. SELLERS : granting motion to unseal indictment and other pleadings in this case [4-1] as to KEITH E. HARPER (1), KEVIN R. SHEPHERD (2), MICHAEL D. SELLERS (3) (N) (erd) (Entered: 06/28/1995) |
| 05/25/1995 | 22 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM issued to Warden, Prince George's Correctional Center, for production of Kevin L. Sheppard, for hearing on 6/12/95, as to KEVIN R. SHEPHERD Ordered by Magistrate Judge Alan Kay. (Unsealed pursuant to order filed 5/24/95) (erd) (Entered: 06/29/1995) |
| 09/20/1995 | 25 | DEFENDANT(S) KEVIN R. SHEPHERD reassigned to Calendar Committee by direction of the Calendar Committee. (erd) (Entered: 09/20/1995) |
| 01/02/1996 | 50 | APPLICATION by defendant KEVIN R. SHEPHERD to proceed in forma pauperis (mlp) (Entered: 01/03/1997) |
| 01/22/1996 | 28 | WARRANT returned executed as to KEVIN R. SHEPHERD on 1/22/96. Return on warrant issued 5/16/95. (erd) (Entered: 02/15/1996) |
| 01/22/1996 | | DEFENDANT KEVIN R. SHEPHERD arrested. (erd) (Entered: 02/15/1996) |
| 01/22/1996 | | ARRAIGNMENT held before Judge Royce C. Lamberth as to KEVIN R. SHEPHERD (2) count(s) 6, 7, 8, 9, 10, 11 : Attorney appearance for KEVIN R. SHEPHERD by Michael Alan Olshonsky. Bench warrant was executed. Plea not guilty entered by KEVIN R. SHEPHERD (2) count(s) 6, 7, 8, 9, 10, 11. Detention hearing set for 9:30 1/23/96 for KEVIN R. SHEPHERD. Defendant committed/commitment issued. Reporter: Theresa Sorensen (erd) (Entered: 02/15/1996) |
| 01/22/1996 | | DEFENDANT(S) KEVIN R. SHEPHERD ordered held without bond by Judge Royce C. Lamberth. (erd) (Entered: 02/15/1996) |
| | | |

| | | |
|---|---|---|
| 01/22/1996 | 29 | ATTORNEY APPEARANCE for KEVIN R. SHEPHERD by Michael Olshonsky. (erd) (Entered: 02/15/1996) |
| 01/23/1996 | | MOTION HEARING before Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : Motion of government for pretrial detention heard and granted. Defendant committed/commitment issued. Reporter: Theresa Sorensen (erd) (Entered: 02/15/1996) |
| 01/24/1996 | 30 | MEMORANDUM AND ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : The government's oral motion that defendant remain detained without bond pending trial is granted, and defendant will remain in the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of ac court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding. (erd) (Entered: 02/15/1996) |
| 01/26/1996 | 27 | DEFENDANT(S) KEVIN R. SHEPHERD reassigned to Judge Royce C. Lamberth by direction of the Calendar Committee. (erd) (Entered: 01/29/1996) |
| 01/30/1996 | 31 | ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD appointing Michael Olshonsky as CJA counsel. Voucher No.: 0706918 Signed: 1/29/96 NPT 1/22/96 (erd) (Entered: 02/15/1996) |
| 02/08/1996 | | STATUS HEARING before Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : Trial set for 10:00 3/6/96 for KEVIN R. SHEPHERD . , Defendant committed/commitment issued. Reporter: Theresa Sorensen (mlp) (Entered: 02/27/1996) |
| 02/08/1996 | 32 | INFORMATION by USA of Prior Drug Conviction(s) as to KEVIN R. SHEPHERD . (mlp) (Entered: 02/27/1996) |
| 02/09/1996 | 33 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM ordered by Judge Royce C. Lamberth and issued to Warden, FCI Morgantown for production of Benji Jamal Little for conclusion of trial on 3/5/96, as to KEVIN R. SHEPHERD . (mlp) (Entered: 02/27/1996) |
| 02/22/1996 | 34 | LETTER filed by KEVIN R. SHEPHERD . Regarding request for new counsel. FIAT by Judge Royce C. Lamberth . (mlp) (Entered: 03/28/1996) |
| 02/23/1996 | | STATUS HEARING before Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : Status hearing set for 9:30 3/6/96 for KEVIN R. SHEPHERD . , Defendant committed/commitment issued. Reporter: Theresa Sorensen (mlp) (Entered: 02/27/1996) |
| 03/06/1996 | | STATUS HEARING before Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : Status hearing set for 9:30 4/10/96 for KEVIN R. |

| | | |
|---|---|---|
| | | SHEPHERD . , Defendant committed/commitment issued. Reporter: Theresa Sorensen (mlp) (Entered: 03/28/1996) |
| 03/28/1996 | | Text not available. (Entered: 03/28/1996) |
| 04/10/1996 | | STATUS HEARING before Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : Pretrial motions to be filed within 10 days; opposition within 7 days thereafter. Appointment of Michael Olshonsky vacated. Trial set for 10:00 5/28/96 for KEVIN R. SHEPHERD. Defendant committed/commitment issued. Reporter: Theresa Sorensen (erd) (Entered: 04/12/1996) |
| 04/10/1996 | 36 | ATTORNEY APPEARANCE for KEVIN R. SHEPHERD by Edwin Cicero Brown Jr. (erd) (Entered: 04/12/1996) |
| 04/15/1996 | 37 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM issued to Warden, FCI, Morgantown, for production of Benji Jamal Little, for hearing on 5/28/96, as to KEVIN R. SHEPHERD. Ordered by Judge Royce C. Lamberth. (erd) (Entered: 04/17/1996) |
| 05/22/1996 | | STATUS HEARING before Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : Plea not guilty withdrawn as to KEVIN R. SHEPHERD (2) count 6. Plea guilty entered by KEVIN R. SHEPHERD (2) count 6. KEVIN R. SHEPHERD referred for pre-sentence investigation report. Sentence set for 9:30 8/12/96 for KEVIN R. SHEPHERD . Presentence hearing set for 9:30 8/7/96 for KEVIN R. SHEPHERD. Defendant committed/commitment issued. Reporter: Theresa Sorensen (mlp) (Entered: 05/28/1996) |
| 05/22/1996 | 38 | PLEA AGREEMENT filed as to KEVIN R. SHEPHERD . (mlp) (Entered: 05/28/1996) |
| 05/22/1996 | 39 | WAIVER of Trial by Jury as to KEVIN R. SHEPHERD . Approved by Judge Royce C. Lamberth . (mlp) (Entered: 05/28/1996) |
| 05/24/1996 | 40 | ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : during the period of time during which defendant Kevin R. Shepherd is incarcerated in a District of Columbia Correctional facility, including the facilities located in Lorton, he be kept totally and completely separated from Paul Taylor Hiligh and inmate currently incarcerated in the District of Columbia Maximum Security Facility in Lorton, Virginia (N) (erd) (Entered: 06/04/1996) |
| 08/07/1996 | | PRE-SENTENCING HEARING before Judge Royce C. Lamberth as to KEVIN R. SHEPHERD: Defendant committed/commitment issued. Reporter: Stephanie Burger, Miller Reporting Co. (mlp) (Entered: 08/09/1996) |
| 08/07/1996 | 41 | RECEIPT and Acknowledgment of Presentence Investigation Report by KEVIN R. SHEPHERD . (mlp) (Entered: 08/09/1996) |
| 08/07/1996 | 42 | RECEIPT and Acknowledgment of Presentence Investigation Report by USA as to KEVIN R. SHEPHERD . (mlp) (Entered: 08/09/1996) |
| | | |

| | | |
|---|---|---|
| 08/12/1996 | | SENTENCING by Judge Royce C. Lamberth for KEVIN R. SHEPHERD (2) count(s) 6. Defendant sentenced to One Hundred and Twenty One (121) months incarceration; followed by Five (5) years supervised release; special assessment of $50.00 imposed. Count(s) 7, 8, 9, 10, 11 dismissed on motion of government. Defendant committed/commitment issued. Court Reporter: William McAllister (erd) (Entered: 08/15/1996) |
| 08/12/1996 | 43 | JUDGMENT and Commitment, with Statement of Reasons, issued by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD. (erd) (Entered: 08/15/1996) |
| 09/11/1996 | 44 | MOTION filed by KEVIN R. SHEPHERD to extend time to file Notice of Appeal out of time (mlp) (Entered: 09/16/1996) |
| 09/17/1996 | 45 | RESPONSE by USA to motion for leave to note an Appeal out of time [44-1] by KEVIN R. SHEPHERD. (erd) (Entered: 09/24/1996) |
| 10/02/1996 | 46 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of 5/22/96. Reporter: Theresa Sorensen (erd) (Entered: 10/03/1996) |
| 11/15/1996 | 47 | ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : granting motion to extend time to file Notice of Appeal out of time [44-1] as to KEVIN R. SHEPHERD (2) (N) (erd) (Entered: 11/20/1996) |
| 12/09/1996 | 48 | NOTICE OF APPEAL filed by KEVIN R. SHEPHERD from Court's oral sentence imposed on 8/12/96 and entered on 8/15/96. Appeal references KEVIN R. SHEPHERD (2) count(s) 6. Counsel and defendant (s) notified. Docketing statement: not received. IFP application and docketing statement given to attorney. USDC fee: $5.00 pd. (erd) (Entered: 12/12/1996) |
| 12/12/1996 | 49 | TRANSMITTED PRELIMINARY RECORD on appeal [48-1] by KEVIN R. SHEPHERD to U.S. Court of Appeals and Counsel, as to KEVIN R. SHEPHERD. Docketing Statement not received. (erd) (Entered: 12/12/1996) |
| 01/02/1997 | 51 | USCA # 96-3168 assigned for appeal [48-1] by KEVIN R. SHEPHERD (mlp) (Entered: 01/03/1997) |
| 01/03/1997 | 52 | TRANSMITTED supplemental record on appeal [48-1] by KEVIN R. SHEPHERD as to KEVIN R. SHEPHERD consisting of: copy of application to proceed in forma pauperis. USCA No.: 96-3168. (mlp) (Entered: 01/03/1997) |
| 01/21/1997 | 53 | RECEIPT and Acknowledgment of Copy of application to proceed in formia pauperis by U. S. Court of Appeals as to KEVIN R. SHEPHERD for appeal [48-1]. USCA No.: 96-3168 (erd) (Entered: 01/22/1997) |
| 01/22/1997 | 54 | APPLICATION by KEVIN R. SHEPHERD to proceed in forma pauperis (erd) (Entered: 01/24/1997) |
| 01/22/1997 | 55 | FINANCIAL Affidavit filed as to KEVIN R. SHEPHERD. (erd) (Entered: 01/24/1997) |

| | | |
|---|---|---|
| 05/12/1997 | | ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD granting motion to proceed in forma pauperis [54-1] as to KEVIN R. SHEPHERD (2) (fiat) (N) (erd) (Entered: 05/16/1997) |
| 06/13/1997 | 56 | ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD authorizing transcript of proceeding held on 1/22/96, 1/23/96, 2/8/96, 2/23/96, 3/6/96, 4/10/96, 5/22/96. Signed: 6/13/97. Reporter: Theresa Sorensen. (erd) (Entered: 06/13/1997) |
| 06/13/1997 | 57 | ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD authorizing transcript of proceeding held on 8/7/97. Signed: 6/13/97. Reporter: Miller Reporting Co., Stephanie Burger. (erd) (Entered: 06/13/1997) |
| 06/13/1997 | 58 | ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD authorizing transcript of proceeding held on 8/12/96. Signed: 6/13/97. Reporter: William McAllister. (erd) (Entered: 06/13/1997) |
| 06/13/1997 | 59 | TRANSMITTED supplemental record on appeal [48-1] by KEVIN R. SHEPHERD as to KEVIN R. SHEPHERD consisting of: Copy (3) of CJA 24 voucher ordering transcript on appeal. USCA No.: 96-3168. (erd) (Entered: 06/13/1997) |
| 06/17/1997 | 60 | RECEIPT and Acknowledgment of Copies (3) of CJA 24 voucher ordering transcript on appeal by U. S. Court of Appeals as to KEVIN R. SHEPHERD for appeal [48-1]. USCA No.: 96-3168 (erd) (Entered: 06/17/1997) |
| 06/30/1997 | 61 | UNOPPOSED MOTION filed by KEVIN R. SHEPHERD to unseal reporter's notes of proceedings to be transcribed for use on appeal (erd) (Entered: 07/01/1997) |
| 07/01/1997 | 62 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of 08/12/96. Reporter: William D. McAllister (gdf) (Entered: 07/02/1997) |
| 07/07/1997 | 63 | ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD : granting motion to unseal reporter's notes of proceedings be transcribed for use on appeal [61-1] as to KEVIN R. SHEPHERD (2): That the reporter is directed to provide both appellate counsel with a copy of the transcript and to place the original transcript under seal. (N) (erd) (Entered: 07/09/1997) |
| 07/22/1997 | 64 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of 8/7/96. Reporter: Miller Reporting, Co., Stephanie Burger. (erd) (Entered: 07/22/1997) |
| 08/11/1997 | 65 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of March 06, 1996. Reporter: Theresa M. Sorensen (JMF) (Entered: 08/18/1997) |
| 08/11/1997 | 66 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of May 22, 1996. Reporter: Theresa M. Sorensen (JMF) (Entered: 08/18/1997) |
| 08/11/1997 | 67 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of February 23, 1996. Reporter: Theresa M. Sorensen (JMF) (Entered: 08/18/1997) |

| | | |
|---|---|---|
| 08/11/1997 | 68 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of February 08, 1996. Reporter: Theresa M. Sorensen (JMF) (Entered: 08/18/1997) |
| 08/11/1997 | 69 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of January 22, 1996. Reporter: Theresa M. Sorensen (JMF) (Entered: 08/18/1997) |
| 08/11/1997 | 70 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of January 23, 1996. Reporter: Theresa M. Sorensen (JMF) (Entered: 08/18/1997) |
| 08/11/1997 | 71 | TRANSCRIPT filed as to KEVIN R. SHEPHERD for date of April 10, 1996. Reporter: Theresa M. Sorensen (JMF) (Entered: 08/18/1997) |
| 10/07/1997 | 72 | CERTIFIED COPY of Order filed in USCA, dated 10/7/97, referencing appeal [48-1] as to KEVIN R. SHEPHERD granting motion to dismiss appeal as to KEVIN R. SHEPHERD (2) count(s) 6. USCA # 96-3168 (erd) (Entered: 10/08/1997) |
| 12/12/2002 | 74 | ORDER by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD granting the govt.'s unopposed motion pursuant to Rule 35(b)(2)(B) for entry of an Order granting a downward sentencing departure and reducing the deft.'s sentence previously imposed; the deft. shall be sentenced in this case consistent with the Judgment and Commitment Order entered by the Court on this date. (N) (mlp) (Entered: 12/24/2002) |
| 12/12/2002 | 75 | JUDGMENT and Commitment, with Statement of Reasons, issued by Judge Royce C. Lamberth as to KEVIN R. SHEPHERD. (erd) (Entered: 12/24/2002) |
| 11/19/2003 | 76 | MOTION to Unseal record by KEVIN R. SHEPHERD; Attachment. (erd) (Entered: 11/21/2003) |
| 11/24/2003 | 77 | ORDER granting [76] consent motion to unseal case as to KEVIN R. SHEPHERD (2). Signed by Judge Royce C. Lamberth on 11/20/03. (N) (mlp) (Entered: 12/31/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/30/2006 14:09:57 | | | |
| PACER Login: | ux1514 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:95-cr-00116-RCL |
| Billable Pages: | 6 | Cost: | 0.48 |