

- Inmate Locator
- Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

Printer Friendly Version

**Related Documents**

- Admission & Orientation Program
- Inmate Legal Activities Policy
- Release of Information Policy
- Telephone Regulations
- Victim & Witness Notification Program
- Visiting Regulations
- Visitor Information Form

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected |
|---|---|---|---|---|---|
| 1. KEVIN R SHEPHERD | 29682-037 | 36 | Black | M | 10-07-2003 |

New Search    FAQs    Privacy    Res

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information

Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search |

GOVERNMENT EXHIBIT 4