

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected |
|---|---|---|---|---|---|
| 1. KEVIN SHEPPARD | 04636-028 | 35 | White | M | UNKNOWN |



GOVERNMENT EXHIBIT 5