# DAVID M. NESTER
## ATTORNEY AT LAW
601 INDIANA AVENUE, N.W.
SUITE 500
WASHINGTON, D.C. 20004
TEL: (202) 783-4474
FAX: (202) 628-2881

December 2, 2004

Office of the General Counsel
United States Marshalls Service
3601 Pennsy Drive
Landover, MD 20785

<div style="margin-left:40%">

RE:    Standard Form 95
          Kevin Lamont Sheppard
          DOL: 12/12/02

</div>

Dear Sir or Madam:

      Please be advised that my office represents Kevin Lamont Sheppard with respect to the attached Standard Form 95 and the matters discussed therein. If you have any questions or inquiries, please feel free to contact my office directly.

Sincerely,

David M. Nester

DMN/mf
Enclosures

GOVERNMENT
EXHIBIT
6

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Office of the General Counsel<br>U.S. Marshalls Service<br>3601 Pennsy Drive<br>Landover, MD 20785 | Kevin Lamont Sheppard<br>9833 Cherry Tree Lane<br>Silver Spring, MD 20901 |

| 3. TYPE OF EMPLOYMENT<br>MILITARY ☐ CIVILIAN ☒ | 4. DATE OF BIRTH<br>▓▓/69 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>12/12/02 Thursday | 7. TIME (A.M. OR P.M.)<br>5 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On or about August 12, 1996, Kevin Sheppard was sentenced to 121 months in the United States District Court for the District of Columbia in case # 95-116(2)(RCL) by Judge Royce Lamberth. On or about 12/6/02, the United States Attorney filed a motion to reduce sentence pursuant to FRCP 35. On or about 12/12/02, Judge Lamberth granted said motion, reduced the sentence to time served, and ordered the immediate release of Kevin Sheppard. Kevin Sheppard was not released in accordance with Judge Lamberth's order until 10/7/03. (See attachment)

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT(Number, street, city, State, and Zip Code)

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

None

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

Kevin Sheppard was incarcerated without legal justification for a 10 month period. This incarceration caused him to suffer mental and emotional injuries, among other injuries. Kevin Sheppard was also deprived of the opportunity (See attachment)

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS(Number, street, city, State, and Zip Code) |
| Judge Royce Lamberth<br>AUSA Patricia Stewart<br>Monte Keller, Courtroom Clerk | USDC, Washington, D.C.<br>OUSA, Washington, D.C.<br>USDC, Washington, D.C. |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM(in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| None | $5 million (see attachment) | | $5 million |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT(See instructions on reverse side.)<br>*Kevin Sheppard* | 13b. Phone number of signatory<br>(301)593-6177 | 14. DATE OF CLAIM<br>12/02/04 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

95-108<br>Previous editions not usable

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items – Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

| to Director, Torts Branch | and to the |
|---|---|
| Civil Division | Office of Management and Budget |
| U.S. Department of Justice | Paperwork Reduction Project (1105-0008) |
| Washington, DC 20530 | Washington, DC 20503 |

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| 15. Do you carry accident insurance? Yes, if so give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number.    No |
|---|
| NO |

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| NO | N/A |

| 18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts) |
|---|
| NO |

| 19. Do you carry public liability and property damage insurance? Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code)    No |
|---|
| NO |

SF 95 (Rev. 7-85) BACK

**★ U.S. GOVERNMENT PRINTING OFFICE: 1989–241-175**

ATTACHMENT TO STANDARD FORM 95-KEVIN LAMONT SHEPPARD

2.      Attorney for Kevin Lamont Sheppard
        David M. Nester, Esq.
        601 Indiana Avenue, N.W., #500
        Washington, D.C. 20004
        (202) 783-4474

8.      (Con't) Claimant alleges that the U.S. Marshalls Service failed to perform
        the necessary tasks to ensure that claimant was lawfully released in
        accordance with Judge Lamberth's 12/12/02 order. As a result of the
        negligence, gross negligence, recklessness and/or wilfull and wanton
        conduct of the employees and/or agents of the U.S. Marshalls Service, all
        of which occurred during the course and scope of their employment and in
        violation of the national standards of care, claimant was detained and
        imprisoned without any legal justification from 12/12/02 until 10/7/03.
        The same or substantially similar acts and/or omissions giving rise to the
        tort liability of the United States also gives rise to claims under the
        Constitution and 42 U.S.C. Section 1983.

10.     (Con't) to engage in employment and sustained a loss of earnings.

12b.    (Con't) Claimant was deprived of his liberty for 10 months. He suffered
        mental and emotional injuries and was deprived of employment
        opportunities and lost income.