UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN LAMONT SHEPPARD | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 06cv855(RBW) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF RENÉE BRINKER FORNSHILL

I, Renée Brinker Fornshill, hereby declare and state the following:

1. I am an attorney for the Federal Bureau of Prisons in Washington, D.C. I have been employed as an attorney with the Office of General Counsel since August 1995. As an attorney for the Bureau of Prisons, I have access to official records contained in the ordinary course of business for the Bureau of Prisons.

2. The Federal Bureau of Prisons' Program Statement 1320.06, entitled Federal Tort Claims Act, outlines the administrative procedure that federal inmates must follow to seek money damages against the United States for personal injury or death and/or damage to or loss of property caused by the negligent or wrongful act or omission of government employees. Filing an administrative tort claim is a jurisdictional prerequisite to bring suit under the Federal Tort Claims Act. See 28 U.S.C. § 2675(a).

3. As an attorney with the Federal Bureau of Prisons, I have access to files and



      records maintained regarding the filing of administrative claims under the FTCA with the Federal Bureau of Prisons.

4.     Each administrative claim filed under the FTCA with the Bureau of Prisons is entered into an electronic tracking system called Lawpack.

5.     My search of Lawpack revealed that Kevin L. Sheppard, BOP Register No. 29682-037, has not filed any FTCA administrative claims with the Bureau of Prisons.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of July 2006 in Washington, D.C.

                                                    _____  
                                                    Renée Brinker Fornshill  
                                                    Assistant General Counsel  
                                                    Office of General Counsel  
                                                    Federal Bureau of Prisons