IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KEVIN LAMONT SHEPPARD**            )<br>                                      )<br>        **Plaintiff,**                )<br>                                      )<br>    v.                                )<br>                                      )<br> **UNITED STATES OF AMERICA,**        )<br>                                      )<br>        **Defendant.**                )<br>                                      )  | Civil Action No. 06-0855 (RBW) |

ORDER

UPON CONSIDERATION of the Defendant's Motion to dismiss, and the Memorandum of Points and Authorities in Support thereof, and any opposition thereto, it is this ____ day of _____, 2006, ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Plaintiff's Complaint is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE