IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN LAMONT SHEPPARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0855 |
| ) | (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW Plaintiff, Kevin Lamont Sheppard, by and through undersigned counsel, and moves this court to extend the time to file Plaintiff's Opposition to Defendant's Motion To Dismiss. The grounds for said motion are outlined in the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____
David M. Nester, #421894
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-4474
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN LAMONT SHEPPARD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0855 |
| | )                (RBW) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Kevin Lamont Sheppard, by and through undersigned counsel, submits the following Memorandum of Points and Authorities in support of the Consent Motion To Extend Time To File Plaintiff's Opposition To Defendant's Motion To Dismiss:

1. On or about May 9, 2006, Plaintiff filed his complaint in the above captioned matter.

2. On or about July 6, 2006, Defendant filed a Consent Motion To Extend Time to Answer Complaint.

3. On or about July 7, 2006, this Court granted said motion and ordered that Defendant answer Plaintiff's Complaint on or before July 31, 2006.

4. On or about July 31, 2006, Defendant filed the instant Motion To Dismiss.

3. Pursuant to Local Rule 7(b), Plaintiff's Opposition to Defendant's Motion To Dismiss is due on or before August 7, 2006.

7. Due to other professional commitments, counsel for Plaintiff requires an additional nine (9) days to file a response to Defendant's Motion To Dismiss. Counsel for Plaintiff did not become aware of the need to seek the instant relief until less than four (4) days in advance of the August 7, 2006 deadline.

8. Pursuant to Local Rule 7 (m), on or about August 4, 2006, counsel for Defendant authorized the undersigned to represent that he consents to the requested relief.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this court extend the time for Plaintiff to file an opposition to Defendant's Motion To Dismiss until August 16, 2006.

Respectfully submitted,

_____
David M. Nester, #421894
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-4474
 Counsel for Plaintiff

Case 1:06-cv-00855-RBW     Document 5     Filed 08/07/2006     Page 4 of 4