IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN LAMONT SHEPPARD | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0855 |
| | )          (RBW) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Defendants. | ) |

ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion To Extend Time To File Plaintiff's Opposition To Defendant's Motion To Dismiss, the entire record in this matter, and it appearing that such relief should be granted, it is this ____ day of _____, 2006.

ORDERED that Plaintiff's Consent Motion To Extend Time To File Plaintiff's Opposition To Defendant's Motion To Dismiss be and hereby is GRANTED. It is

FURTHER ORDERED that Plaintiff's Opposition To Defendant's Motion To Dismiss is due on or before August 24, 2006.

_____
Reggie B. Walton, Judge
United States District Court for the District of Columbia