IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN LAMONT SHEPPARD    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No. 06-0855 |
| ) | (RBW) |
| ) | |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Defendant.    ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion To Dismiss, Plaintiff's Opposition thereto, and the entire record in this matter, it is this___day of _____, 200__,

ORDERED that Defendant's Motion To Dismiss be and hereby is DENIED.

_____
Reggie B. Walton, Judge
United States District Court for the
District of Columbia