**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KEVIN LAMONT SHEPPARD** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-0855 (RBW)** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
REPLY AND MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully

requests an enlargement of time, up to and including September 19, 2006, within which to file a

reply to Plaintiff's opposition to Defendant's motion to dismiss.  Pursuant to Local Rule 7(m),

the undersigned discussed the relief requested in this Motion with Plaintiff's counsel, who stated

that Plaintiff consents to this enlargement of time.  A proposed order consistent with this Motion

is attached.

In support of this Motion, Defendant states as follows:

1.      The current due date for Defendant's reply is September 5, 2006.

2.      This is the Defendant's first motion to enlarge this deadline.

3.      The undersigned counsel of record will be out of the office during the week of

September 4, 2006 on long-scheduled annual leave and will be unable to draft Defendant's reply

prior to his return to the office on September 11, 2006.  Once the undersigned counsel returns to

the office, he will need time to draft the reply and the agency counsel assigned to this case will

need time to review and comment upon the draft.  Therefore, Defendant requests to have up to

and including September 19, 2006 to file its reply in support of its motion to dismiss.

       The granting of this Motion will not delay the progress of this case since no schedule has

been set.

                                         Respectfully submitted,

                                            s/Kenneth Wainstein (KM)
                                     _____
                                     KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                     United States Attorney

                                          s/Rudolph Contreras (KM)
_____
                                     RUDOLPH CONTRERAS, D.C. BAR #  434122
                                     Assistant United States Attorney

                                          s/Peter S. Smith
                                     _____
                                     PETER S. SMITH, D.C. BAR #465131
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     555 Fourth Street, N.W.
                                     Washington, D.C.  20530
                                     Tele: (202) 307-0372