IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN LAMONT SHEPPARD** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-0855 (RBW) |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Extension of Time and the Memorandum of Points and Authorities in Support thereof, it is this _____ day of _____, 2006, ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendant's reply is due by September 19, 2006.

_____
UNITED STATES DISTRICT JUDGE