UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN LAMONT SHEPPARD,

         Plaintiff,

v.                              Civil Action No. 06-855 (RBW)

UNITED STATES OF AMERICA,

         Defendant.

**ORDER**

In accordance with the Memorandum Opinion that will be issued hereafter, it is hereby

**ORDERED** that the plaintiff's claims against the United States Marshals Service are dismissed. It is further

**ORDERED** that this matter shall be transferred to the United States District Court for the District of Maryland.

**SO ORDERED** this 30th day of March, 2007.

                                                        REGGIE B. WALTON
                                                        United States District Judge